IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:06-CR-37-BO
NO. 5:12-CV-543-BO

FILED IN OPEN COURT
ON 9/12/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| MICHAEL JERMAINE GREENE, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This matter is before the Court on petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [DE 35]. Petitioner, Mr. Greene, asserts that he is not guilty of having been a felon in possession of a firearm in violation of 18 U.S.C. § 922(g) in light of the Fourth Circuit's holding in *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011) (en banc).

The government does not oppose relief in Mr. Greene's case, stating that it waives its statute-of-limitations defense and asking that the Court not enforce the waiver language in Mr. Greene's plea agreement [DE 38].

In light of the foregoing and the hearing held in this matter on September 12, 2012, the Court accepts the government's position and GRANTS Mr. Greene's § 2255 motion. The judgment, conviction, and sentence entered in this matter on November 3, 2006, are hereby VACATED.

SO ORDERED, this /2 day of September, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE